IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CARL FERNLUND, et al.,

    Plaintiffs,

v.

TRANSCANADA USA SERVICES INC.
d.b.a. TRANSCANADA, et al.,

    Defendants.

No. 1:13-cv-1495-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, Plaintiffs object to the Report and Recommendation, so I have reviewed this matter <u>de</u> <u>novo</u>. I agree with Magistrate Judge Clarke that Defendants' motions for summary judgment should be granted.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#106) is adopted. Defendants' motions for summary judgment (##64, 77, 91) are granted. Plaintiffs' request for judicial notice (#79) is denied.

IT IS SO ORDERED.

DATED this _10_ day of November, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE